### FRED L. COOPER V. THE STATE.

No. 9569.   Delivered November 25, 1925.

**Forgery—Evidence—Held Sufficient.**

There are no bills of exception appearing in this record.  An examination of the statement of facts discloses that the evidence is sufficient to warrant the conviction, and the cause is affirmed.

Appeal from the Criminal District Court of Harris County. Tried below before the Hon. C. W. Robinson, Judge.

Appeal from a conviction for forgery, penalty two years in the penitentiary.

*W. A. Rowe* of Houston, for appellant.

Sam D. Stinson, State's Attorney, and Nat Gentry, Jr., Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—From conviction in the Criminal District Court of Harris County for forgery, with punishment fixed at two years in the penitentiary, this appeal is taken.

The record is devoid of any bills of exception. The statement of facts is short and shows that appellant filled out a check and signed it "W. V. Yates." The check was taken to the bank on which it was drawn and not paid because no one of that name had any account there. Other witnesses testified that appellant's name was Fred L. Cooper, and still others that they did not know any person by the name of W. V. Yates. The testimony seems sufficient.

No error appearing, an affirmance will be ordered.

*Affirmed.*